**United States District Court**
For the Northern District of California

1
2
3
4                  UNITED STATES DISTRICT COURT

5                 NORTHERN DISTRICT OF CALIFORNIA

6   TENDERLOIN HOUSING CLINIC,              Case No.  C11-06195 JCS

7            Plaintiff(s),                  **ORDER DENYING MOTION FOR REMOVAL AND TEMPORARY**

8        v.                                 **INJUNCTION AND REMANDING CASE TO SUPERIOR COURT FOR THE CITY**

9   KIA CHEVALIER,                          **AND COUNTY OF SAN FRANCISCO [Docket No. 1]**

10           Defendant(s).

11  _____/

12          The Motion for Removal and Temporary Injunction (the "Motion") filed by the Defendant is

13  DENIED. This is an unlawful detainer case and there is no basis for federal Court jurisdiction.  The

14  removal is also untimely.  Defendant may renew her request for a stay of the judgment in State

15  Court.  The case is REMANDED back to the Superior Court for the City and County of San

16  Francisco.

17          IT IS SO ORDERED.

18

19  Dated:  December 13, 2011

20                                          _____
                                            JOSEPH C. SPERO
21                                          United States Magistrate Judge

22
23
24
25
26
27
28